Michael R. Mordaunt, Esq., Bar No. 66911
Neal C. Lutterman, Esq., Bar No. 174681
RIGGIO MORDAUNT KELLY & LUTTERMAN
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA  95207
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

| | |
|---|---|
| DEBORAH ALLEN | Case No. 2:07-CV-01840 FCD EFB |
| Plaintiff(s), | **ORDER CONTINUING TRIAL DATE** |
| vs. | Trial:   October 5, 2010 |
| | Judge:   Frank C. Damrell, Jr. |
| TARGET and DOES 1 to 25 | Room:   Courtroom 2 |
| Defendant(s). | |

The stipulation of counsel having been read and considered and good cause appearing therefrom, it is ordered that the date for trial, presently set for October 5, 2010, be vacated and the matter set for trial on March 15, 2011 at 9:00 a.m.  It is further ordered that the scheduling of all pretrial matters shall be governed by the new trial date.

DATED:   August 31, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

_____
ORDER CONTINUING TRIAL DATE